IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IZAREEL NAYLOR, | * | |
| Plaintiff, | * | |
| v. | * | Case No. |
| SPIRIT AIRLINES, INC., et al. | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF REMOVAL**

Defendant, Spirit Airlines, Inc., hereby removes Case No. CAL21-10090 from the Circuit Court for Prince George's County, Maryland, to the United States District Court for the District of Maryland, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, and as grounds for its removal states as follows:

**Statement of the Case**

1. The above-captioned action was filed by Plaintiff Izareel Naylor on or about August 26, 2021 in the Circuit Court for Prince George's County, Maryland, Case No. CAL21-10090. A copy of the Complaint is attached hereto as **Exhibit A**.

2. Defendant Spirit Airlines, Inc. was served with the summons and Complaint on September 27, 2021. Attached hereto as **Exhibit B**.

3. Defendant Spirit Airlines, Inc. filed their Answer on October 22, 2021. Attached hereto as **Exhibit C.**

4. The Circuit Court for Prince George's County, Maryland, Case No. CAL21-10090 issued a Scheduling Order on November 4, 2021. Attached hereto as **Exhibit D.**

5. Defendant Spirit Airlines, Inc. filed their Certificate Regarding Discovery on November 8, 2021. Attached hereto as **Exhibit E.**

6. Defendant Spirit Airlines, Inc. filed their Line regarding the Parties Memorandum of Understanding on November 11, 2021. Attached hereto as **Exhibit F.**

7. Plaintiff Izareel Naylor on or about March 15, 2022 filed her Amended Complaint in the Circuit Court for Prince George's County, Maryland, Case No. CAL21-10090. Attached hereto as **Exhibit G**.

8. The Amended Complaint asserts a Count for Breach of Contract and Negligence.

9. In Plaintiff's Amended Complaint, for the first time, Plaintiff seeks relief including compensatory and other damages "in excess of $75,000." *See* **Exhibit G**, p. 3.

10. Plaintiff has named "ROSA," an employee of Spirit Airlines, Inc. as a Defendant in this action. *See* **Exhibit A**; **Exhibit G**. Plaintiff has not served or in any other way identified "ROSA." Upon information and belief, the Employee Plaintiff refers to is a citizen of the State of Nevada.

## Diversity Jurisdiction pursuant to 28 U.S.C. §1332(a)

11. This Court has jurisdiction over this matter under 28 U.S.C. §1332(a), because there is complete diversity of citizenship between Plaintiff and Defendants, and more than $75,000 (exclusive of interest and costs) is at stake.

12. Plaintiff alleges that she is a resident/citizen of the State of Maryland.

13. Defendant, Spirit Airlines, Inc. is not a citizen of Maryland because it is a corporation without any owner or member that is a citizen of Maryland. Spirit Airlines, Inc. is a Delaware corporation.

268424634v.1

14. Plaintiff in this action request unspecified compensatory damages in excess of $75,000, as well as attorneys' fees and costs.  Thus, over $75,000 is in controversy and the jurisdictional threshold under 28 U.S.C. §1332(a) is satisfied.

### Conclusion

15. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 103.5.a. a true and correct copy of all of the process, pleadings, orders, and documents from the State Court Action which have been served upon Defendant, Spirit Airlines, Inc., are being filed with this Notice of Removal.

16. This Notice of Removal is being filed within 30 days of the date that Plaintiff amended her Complaint raising her ad damnum in excess of $75,000.  It has not been more than one year since suit in State Court was originally filed.  Removal is therefore timely in accordance with 28 U.S.C. § 1446(b).

17. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(a) because the U.S. District Court for the District of Maryland is the federal judicial district embracing the Circuit Court for Prince George's County, where the State Court Action was originally filed.

18. By notice of Removal, Defendant, Spirit Airlines, Inc., do not waive any objections they may have as to service, jurisdiction, or venue, or any other defenses or objections they may have to this action.  Defendant intends no admission of fact, law, or liability by this Notice, and expressly reserve all defenses, motions, and or pleas.

268424634v.1

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

*/s/ Emily F. Belanger*
_____
Kathryn A. Grace (Bar No. 18770)
Emily F. Belanger (Bar No. 18893)
500 East Pratt Street, Suite 600
Baltimore, MD 21202
Phone:  (410) 538-1800
Fax: (410) 962 -8758
Kathryn.Grace@wilsonelser.com
Emily.Belanger@wilsonelser.com
*Attorneys for Defendant, Spirit Airlines, Inc.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of March, 2022, a copy of this Notice of Removal was served via first-class mail, postage prepaid, to the following counsel of record:

Matthew W. Tievsky
Chaikin, Sherman, Cammarata
& Siegel, P.C.
1232 Seventeenth Street, NW
Washington, DC 20036
matthew@dc-law.net
*Attorney for Plaintiff*

*/s/ Emily F. Belanger*
_____
Emily F. Belanger

268424634v.1