IN THE CIRCUIT COURT FOR PRINCE GEORGE'S COUNTY, MARYLAND

IZAREEL NAYLOR
3707 Silver Park Drive, Apt. 203
Suitland, MD 20746

    Plaintiff,

v.

SPIRIT AIRLINES, INC.
2800 Executive Way
Miramar, FL 33025
    Serve: CSC-Lawyers Incorporating
    Service Company
    7 St. Paul Street, Ste. 820
    Baltimore, MD 21202

and

"ROSA," an employee of
SPIRIT AIRLINES, INC.
Residence unknown

    Defendants.

Case No.

CAL 21-18090

## COMPLAINT

COMES NOW the Plaintiff, Izareel Naylor, by and through her attorneys, Matthew Tievsky, Esq., and the law firm of Chaikin, Sherman, Cammarata & Siegel, P.C., and respectfully states as follows:

### COUNT I
(Breach of Contract)

1. Plaintiff Izareel Naylor is a resident of Maryland.

2. Defendant Spirit Airlines, Inc. ("Spirit") is an airline and common carrier.

Exhibit A

3. While in Maryland, Plaintiff purchased a ticket from Defendant Spirit via telephone.

4. The ticket included passage on a commercial flight operated by Defendant Spirit, scheduled to depart Las Vegas, Nevada, at or about 10:30 p.m. on May 20, 2021, and to arrive in Baltimore, Maryland, at or about 6:07 a.m. on May 21, 2021.

5. Plaintiff thereby entered into a contract of carriage with Defendant Spirit, in which Defendant Spirit promised to, inter alia, safely transport Plaintiff.

6. Plaintiff did board and was transported on said flight.

7. At all times relevant, Defendant "Rosa" was acting as a flight attendant on the flight, employed by and acting within the scope of her employment with Defendant Spirit.

8. Defendant Rosa attempted to store a duffel bag containing safety equipment in an overhead compartment at or near the seat where Plaintiff was seated.

9. Defendant Rosa negligently dropped the bag, and/or failed to secure the bag in the overhead compartment, causing the bag to fall upon Plaintiff's head.

10. Defendant Spirit, acting by and through its flight attendant, Defendant Rosa, breached its contract of carriage with Plaintiff, including its obligation to provide safe transportation.

11. As a result of the breach of contract, Plaintiff suffered bodily injuries, including but not limited to a closed head and traumatic brain injury; she has incurred, and will continue to incur, medical and hospital expenses in an effort to care for her injuries; she has suffered, and/or will in the future suffer, a loss of earnings and/or earning capacity; and she has suffered, and will in the future suffer, great pain of body and mind; all of which may be permanent in nature.

## COUNT II
### (Negligence)

12. At all relevant times mentioned herein, Defendant Rosa, and Defendant Spirit by and through Defendant Rosa, owed a duty to Plaintiff not to put her at unreasonable risk of injury while Defendant Rosa was attempting to store a heavy bag above Plaintiff's head.

13. Defendant Rosa, and Defendant Spirit by and through Defendant Rosa, breached their duty to Plaintiff, by negligently failing to safely secure the bag above Plaintiff's head.

14. As a direct and proximate result of Defendants' aforesaid negligence, Plaintiff suffered the aforementioned injuries.

WHEREFORE, Plaintiff Izareel Naylor demands judgment of and against Defendant Spirit Airlines, Inc., and Defendant

3

Rosa, jointly and severally, in the amount of Seventy-Five Thousand Dollars ($75,000.00), plus pre-judgment interest and costs.

                    Respectfully submitted,

                    CHAIKIN, SHERMAN, CAMMARATA
                            & SIEGEL, P.C.

                    */s/ Matthew W. Tievsky*
                    Matthew W. Tievsky
                    1232 Seventeenth Street, N.W.
                    Washington, D.C. 20036
                    Tel: (202) 659-8600
                    Fax: (202) 659-8680
                    matthew@dc-law.net
                    *Attorneys for Plaintiff*

## JURY DEMAND

Plaintiff hereby requests a trial by jury as to all issues triable herein.

                    */s/ Matthew W. Tievsky*
                    Matthew W. Tievsky

## CERTIFICATE OF GOOD STANDING

I hereby certify that I am a member in good standing of the Maryland Bar.

                    */s/ Matthew W. Tievsky*
                    Matthew W. Tievsky

IN THE CIRCUIT COURT FOR Prince George's County
(City or County)

## CIVIL - NON-DOMESTIC CASE INFORMATION REPORT

**DIRECTIONS**
*Plaintiff:* This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Judge of the Court of Appeals pursuant to Rule 2-111(a).
*Defendant:* You must file an Information Report as required by Rule 2-323(h).
**THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING**

FORM FILED BY: ☒ PLAINTIFF ☐ DEFENDANT   CASE NUMBER: CAL 21-10090 (Clerk to insert)

CASE NAME: IZAREEL NAYLOR vs. SPIRIT AIRLINES, INC., et al.
        Plaintiff                              Defendant

PARTY'S NAME: IZAREEL NAYLOR
PARTY'S ADDRESS: 3707 Silver Park Drive, Apt. 203 Suitland    PHONE: (202) 878-4374 (Daytime phone)
PARTY'S E-MAIL:

**If represented by an attorney:**
PARTY'S ATTORNEY'S NAME: Matthew W. Tievsky    PHONE: 202-659-8600
PARTY'S ATTORNEY'S ADDRESS: 1232 17th Street, NW, Washington DC 20036
PARTY'S ATTORNEY'S E-MAIL: matthew@dc-law.net

JURY DEMAND? ☒ Yes ☐ No
RELATED CASE PENDING? ☐ Yes ☐ No   If yes, Case #(s), if known:
ANTICIPATED LENGTH OF TRIAL: _____ hours or 2 days

### PLEADING TYPE
New Case: ☒ Original   ☐ Administrative Appeal   ☐ Appeal
Existing Case: ☐ Post-Judgment   ☐ Amendment
*If filing in an existing case, skip Case Category/Subcategory section – go to Relief section.*

### IF NEW CASE: CASE CATEGORY/SUBCATEGORY (Check one box.)

**TORTS**
- ☐ Asbestos
- ☐ Assault and Battery
- ☐ Business and Commercial
- ☐ Conspiracy
- ☐ Conversion
- ☐ Defamation
- ☐ False Arrest/Imprisonment
- ☐ Fraud
- ☐ Lead Paint - DOB of Youngest Plt:
- ☐ Loss of Consortium
- ☐ Malicious Prosecution
- ☐ Malpractice-Medical
- ☐ Malpractice-Professional
- ☐ Misrepresentation
- ☐ Motor Tort
- ☒ Negligence
- ☐ Nuisance
- ☐ Premises Liability
- ☐ Product Liability
- ☐ Specific Performance
- ☐ Toxic Tort
- ☐ Trespass
- ☐ Wrongful Death

**CONTRACT**
- ☐ Asbestos
- ☐ Breach
- ☐ Business and Commercial
- ☐ Confessed Judgment (Cont'd)
- ☐ Construction
- ☐ Debt
- ☐ Fraud

- ☐ Government
- ☐ Insurance
- ☐ Product Liability

**PROPERTY**
- ☐ Adverse Possession
- ☐ Breach of Lease
- ☐ Detinue
- ☐ Distress/Distrain
- ☐ Ejectment
- ☐ Forcible Entry/Detainer
- ☐ Foreclosure
  - ☐ Commercial
  - ☐ Residential
  - ☐ Currency or Vehicle
  - ☐ Deed of Trust
  - ☐ Land Installments
  - ☐ Lien
  - ☐ Mortgage
  - ☐ Right of Redemption
  - ☐ Statement Condo
- ☐ Forfeiture of Property / Personal Item
- ☐ Fraudulent Conveyance
- ☐ Landlord-Tenant
- ☐ Lis Pendens
- ☐ Mechanic's Lien
- ☐ Ownership
- ☐ Partition/Sale in Lieu
- ☐ Quiet Title
- ☐ Rent Escrow
- ☐ Return of Seized Property
- ☐ Right of Redemption
- ☐ Tenant Holding Over

**PUBLIC LAW**
- ☐ Attorney Grievance
- ☐ Bond Forfeiture Remission
- ☐ Civil Rights
- ☐ County/Mncpl Code/Ord
- ☐ Election Law
- ☐ Eminent Domain/Condemn.
- ☐ Environment
- ☐ Error Coram Nobis
- ☐ Habeas Corpus
- ☐ Mandamus
- ☐ Prisoner Rights
- ☐ Public Info. Act Records
- ☐ Quarantine/Isolation
- ☐ Writ of Certiorari

**EMPLOYMENT**
- ☐ ADA
- ☐ Conspiracy
- ☐ EEO/HR
- ☐ FLSA
- ☐ FMLA
- ☐ Workers' Compensation
- ☐ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
- ☐ Assumption of Jurisdiction
- ☐ Authorized Sale
- ☐ Attorney Appointment
- ☐ Body Attachment Issuance
- ☐ Commission Issuance

- ☐ Constructive Trust
- ☐ Contempt
- ☐ Deposition Notice
- ☐ Dist Ct Mtn Appeal
- ☐ Financial
- ☐ Grand Jury/Petit Jury
- ☐ Miscellaneous
- ☐ Perpetuate Testimony/Evidence
- ☐ Prod. of Documents Req.
- ☐ Receivership
- ☐ Sentence Transfer
- ☐ Set Aside Deed
- ☐ Special Adm. - Atty
- ☐ Subpoena Issue/Quash
- ☐ Trust Established
- ☐ Trustee Substitution/Removal
- ☐ Witness Appearance-Compel

**PEACE ORDER**
- ☐ Peace Order

**EQUITY**
- ☐ Declaratory Judgment
- ☐ Equitable Relief
- ☐ Injunctive Relief
- ☐ Mandamus

**OTHER**
- ☐ Accounting
- ☐ Friendly Suit
- ☐ Grantor in Possession
- ☐ Maryland Insurance Administration
- ☐ Miscellaneous
- ☐ Specific Transaction
- ☐ Structured Settlements

CC-DCM-002 (Rev. 11/2016)          Page 1 of 3

| IF NEW OR EXISTING CASE: RELIEF (Check All that Apply) | | | |
|---|---|---|---|
| ☐ Abatement | ☐ Earnings Withholding | ☐ Judgment-Interest | ☐ Return of Property |
| ☐ Administrative Action | ☐ Enrollment | ☐ Judgment-Summary | ☐ Sale of Property |
| ☐ Appointment of Receiver | ☐ Expungement | ☒ Liability | ☐ Specific Performance |
| ☐ Arbitration | ☐ Findings of Fact | ☐ Oral Examination | ☐ Writ-Error Coram Nobis |
| ☐ Asset Determination | ☐ Foreclosure | ☐ Order | ☐ Writ-Execution |
| ☐ Attachment b/f Judgment | ☐ Injunction | ☐ Ownership of Property | ☐ Writ-Garnish Property |
| ☐ Cease & Desist Order | ☐ Judgment-Affidavit | ☐ Partition of Property | ☐ Writ-Garnish Wages |
| ☐ Condemn Bldg | ☐ Judgment-Attorney Fees | ☐ Peace Order | ☐ Writ-Habeas Corpus |
| ☐ Contempt | ☐ Judgment-Confessed | ☐ Possession | ☐ Writ-Mandamus |
| ☐ Court Costs/Fees | ☐ Judgment-Consent | ☐ Production of Records | ☐ Writ-Possession |
| ☒ Damages-Compensatory | ☐ Judgment-Declaratory | ☐ Quarantine/Isolation Order | |
| ☐ Damages-Punitive | ☐ Judgment-Default | ☐ Reinstatement of Employment | |

*If you indicated Liability above*, mark one of the following. This information is not an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded.   ☒ Liability is not conceded, but is not seriously in dispute.   ☐ Liability is seriously in dispute.

### MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs)

☐ Under $10,000   ☐ $10,000 - $30,000   ☒ $30,000 - $100,000   ☐ Over $100,000

☐ Medical Bills $_____   ☐ Wage Loss $_____   ☐ Property Damages $_____

### ALTERNATIVE DISPUTE RESOLUTION INFORMATION

Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)
A. Mediation   ☒ Yes ☐ No         C. Settlement Conference  ☒ Yes ☐ No
B. Arbitration  ☒ Yes ☐ No         D. Neutral Evaluation     ☐ Yes ☒ No

### SPECIAL REQUIREMENTS

☐ If a Spoken Language Interpreter is needed, **check here and attach form CC-DC-041**

☐ If you require an accommodation for a disability under the Americans with Disabilities Act, **check here and attach form CC-DC-049**

### ESTIMATED LENGTH OF TRIAL

*With the exception of Baltimore County and Baltimore City, please fill in the estimated LENGTH OF TRIAL.*
*(Case will be tracked accordingly)*

☐ 1/2 day of trial or less         ☐ 3 days of trial time
☐ 1 day of trial time              ☐ More than 3 days of trial time
☒ 2 days of trial time

### BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM

*For all jurisdictions, if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.*

☐ **Expedited**- Trial within 7 months of Defendant's response         ☐ **Standard** - Trial within 18 months of Defendant's response

EMERGENCY RELIEF REQUESTED

CC-DCM-002 (Rev. 11/2016)          Page 2 of 3

## COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR)

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.*

☐ **Expedited** - Trial within 7 months of Defendant's response

☐ **Standard** - Trial within 18 months of Defendant's response

*IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY, OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.*

### CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | | |
|---|---|---|
| ☐ | Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ☐ | Civil-Short | Trial 210 days from first answer. |
| ☐ | Civil-Standard | Trial 360 days from first answer. |
| ☐ | Custom | Scheduling order entered by individual judge. |
| ☐ | Asbestos | Special scheduling order. |
| ☐ | Lead Paint | Fill in: Birth Date of youngest plaintiff _____. |
| ☐ | Tax Sale Foreclosures | Special scheduling order. |
| ☐ | Mortgage Foreclosures | No scheduling order. |

### CIRCUIT COURT FOR BALTIMORE COUNTY

| | | |
|---|---|---|
| ☐ | Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ☐ | Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ☐ | Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ☐ | Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

8/23/21
Date
1232 17th Street, NW
Address
Washington, DC 20036
City, State, Zip

Signature of Counsel/Party
Matthew W. Tievsky
Printed Name

CC-DCM-002 (Rev. 11/2016)        Page 3 of 3